ary 8, 1911.) Action by the Frank Presbrey Company against the H–O Company. No opinion. Order affirmed, with $10 costs and disbursements.

FREY, Appellant, v. DAWSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Frank Frey· against Joseph Dawson and others. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event. *Held*, that the notice under the employer's liability act (Consol. Laws, c. 31) was sufficient.

FREY, Respondent, v. SCHIEFFER, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Frances Frey against Frederick August Schieffer. No opinion. Judgment affirmed by default, with costs. See, also, 125 N. Y. Supp. 1120.

FRIEDSBERG et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Theodore Friedsberg and another against the City of New York. B. H. Arnold, for appellants. C. L. Barber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 948, 118 N. Y. Supp. 1107.

In re FRINDEL. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) In the matter of Benjamin Frindel, an attorney. No opinion. Referee's report confirmed, except as to the charge of perjury, and respondent suspended from practice for the term of two years. See, also, 138 App. Div. 893, 122 N. Y. Supp. 1128.

GAMBIER, Respondent, v. GAMBIER, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Edith M. Gambier against Edward V. Gambier. E. W. Hatch, for appellant. A. Van Wyck, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

GEIGER, Respondent, v. HANSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by John Geiger against ·Charles J. Hanson and another.
PER CURIAM. Motion granted, on condition that appellants perfect their appeal, place the case on the next calendar of the court, and be ready for argument when reached; otherwise, motion denied, without costs. See, also, 134 App. Div. 942, 118 N. Y. Supp. 1108.
JENKS, P. J., not sitting.

GELBER, Appellant, v. HUEG, Respondent. (Supreme Court, Appellate Division, Second

Department. February 24, 1911.) Action by Abraham Gelber against Herman Hueg, etc. No opinion. Judgment and order unanimously affirmed, with costs.

GELLER, Appellant, v. WILLIAMSBURGH TRUST CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Morris Geller against the Williamsburgh Trust Company.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
BURR, J., taking no part.

GEORGER, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Frank L. Georger against ·C. Eugene Clark. No opinion. Motion to dismiss appeal granted, and appeal dismissed, without costs.

GINSBERG v. FRIEDMAN (two cases). (Supreme Court, Appellate Division, First Department. January 13, 1911.) Actions by Charles Ginsberg against Bernard Friedman. No opinion. Applications granted. Orders signed. See, also, 125 N. Y. Supp. 473.

GLENN v. PETERSON et al. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Edward J. Glenn against Sven G. Peterson and another. No opinion. Judgment affirmed, with costs.

GODEFFROY, Respondent, v. GODEFFROY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Henriette E. Godeffroy against Adolph E. Godeffroy. N. Cohen, for appellant. H. I. Lurie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GODLEY, Respondent, v. CRANDALL & GODLEY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Elizabeth McM. Godley against the Crandall & Godley Company and others impleaded, etc. J. J. Allen, for appellants. W. R. Osborn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOLDBERG v. WILLITS. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Morris Goldberg against Ella O. Willits. No opinion. Motion granted, with $10 costs. Order filed.

GOLDSTEIN, Respondent, v. MOROWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Charles Goldstein against Benjamin Morowitz and another. No opinion. Motion granted, with $10 costs.

GOLDSTEIN, Respondent, v. SILBERLING et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.)

127 N.Y.S.—71